UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CONRAD, DAVID J   § | Case No. 09-45622 |
| CONRAD, JILL L   § | |
| § | |
| Debtor(s)   § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/11/2011      By:  /s/ Michael G. Berland
                                                Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CONRAD, DAVID J<br>CONRAD, JILL L<br><br>Debtor(s) | § Case No. 09-45622<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.64 |
| *and approved disbursements of* | $ 500.00 |
| *leaving a balance on hand of* [1] | $ 14,500.64 |
| **Balance on hand:** | $ 14,500.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,500.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,250.05 | 0.00 | 2,250.05 |

Total to be paid for chapter 7 administration expenses: $ 2,250.05
Remaining balance: $ 12,250.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,250.59

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,408.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Illinois Department of Employment Security | 12,408.52 | 0.00 | 12,250.47 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 12,250.47 |
| Remaining balance: | $ | 0.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,866.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Illinois Department of Employment Security | 250.00 | 0.00 | 0.00 |
| 2 | Discover Bank | 9,444.98 | 0.00 | 0.00 |
| 3 | Handy Foods | 1,014.28 | 0.00 | 0.00 |
| 7 | Fia Card Services, Bank of America, American Infosuource, Age | 4,156.81 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.12 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.12 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.12


Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 09-45622-BWB
David J Conrad                                                Chapter 7
Jill L Conrad
       Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon              Page 1 of 2                  Date Rcvd: Aug 12, 2011
                              Form ID: pdf006            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2011.
db/jdb       +David J Conrad,   Jill L Conrad,   3071 E. 1879th Road,   Ottawa, IL 61350-9723
aty          +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
14796948     +Aramark,   P.O. Box 7177,   Rockford, IL 61126-7177
14796949     +Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14796950     +Bank of America,   P.O. Box 15710,   Wilmington, DE 19886-5710
14796963     +Cosgrove Distributors,   120 S Greenwood Street,   Spring Valley, IL 61362-2014
14796968     +Don Wittmer,   8944 Tara Hill Road,   Darien, IL 60561-8424
14796970     +First National Bank of Ottawa,   701 LaSalle Street,   Ottawa, IL 61350-5019
14796969     +First National Bank of Ottawa,   c/o Lawrence Baxter,   417 W. Madison Street,
               Ottawa, IL 61350-2836
14796971     +G&G Poulty,   215 South Main,   Ladd, IL 61329-9653
14796972     +Handy Foods,   604 W main Street,   Ottawa, IL 61350-2718
14796973     +IL Dept. of Employment Security,   33 South State Street,   Chicago, IL 60603-2808
14796974    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Bankuptcy Section Level 7-425,
               100 W. Randolph Street,   Chicago, IL 60601)
14796975    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
               P. O. Box 21126,   Philadelphia, PA 19114)
14796976     +ISM,   N 532 Williams Road,   Genoa City, WI 53128-1922
14948291     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14796977     +Katerji Pediatric Neurology,   900 Jorie Blvd.,   Suite 220,   Oak Brook, IL 60523-3846
14796978     +LaSalle County Treasurer,   707 East Etna Road,   Ottawa, IL 61350-9309
14796979    ++MEDIACOM COMMUNICATIONS CORPORATION,   ATTN ERIK MIRROW,   100 CRYSTAL RUN ROAD,
               MIDDLETOWN NY 10941-4048
              (address filed with court: Mediacom,   3900 26th Avenue,   Moline, IL 61265)
14796980     +Orkin,   P.O. Box 1425,   La Salle, IL 61301-3425
14796981     +Ottawa Medical Center,   1614 E. Norris Drive,   Ottawa, IL 61350-3602
14796982     +Ottawa Regional Hospital,   1100 E. Norris Drive,   Ottawa, IL 61350-1604
14796983     +Peru Federal Savings Bank,   1730 Fourth Street,   Peru, IL 61354-3323
14796986     +Premier Orthodontics,   1704 Polaris Circle,   Ottawa, IL 61350-1773
14796987     +Small Busines Growth Corp,   2401 West White Oaks Drive,   Springfield, IL 62704-7424
16035512     +U S Small Business Administration,   c/o Mary Cvengros,   500 W Madison St., #1150,
               Chicago, IL 60661-2602
14796988     +US Foodservice,   One Quality lane,   Streator, IL 61364-3975
14796989     +Walsh Plumbing,   717 Bellevue,   Ottawa, IL 61350-1664
14796990     +Waste Management,   1411 Opus Place,   Suite 400,   Downers Grove, IL 60515-1481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14796964     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2011 01:35:29      Culligan,   413 W Jefferson Street,
               Ottawa, IL 61350-2808
15942358      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2011 01:34:53      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
14796967     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2011 01:34:53      Discover Card,
               P.O. Box 6103,   Carol Stream, IL 60197-6103
16329827      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2011 01:23:18
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Gloria Longest
14796951        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796952        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796953        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796954        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796955        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796956        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796957        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796958        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796959        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796960        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796961        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796962        Conrad Golf, Inc. d/b/a,   Carretto's Bar & Bowl
14796965        Dayton Ridge Golf Club, LLC
14796966        Dayton Ridge Golf Club, LLC
```

```
District/off: 0752-1               User: kseldon              Page 2 of 2              Date Rcvd: Aug 12, 2011
                                   Form ID: pdf006            Total Noticed: 35

14796984*       +Peru Federal Savings Bank,    1730 Fourth Street,    Peru, IL 61354-3323
14796985*       +Peru Federal Savings Bank,    1730 Fourth Street,    Peru, IL 61354-3323
16327893*       +THE FIRST NATIONAL BANK OF OTTAWA,    701 LASALLE ST,    OTTAWA, IL 61350-5019
                                                                                        TOTALS: 15, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2011**            **Signature:**    *Joseph Speetjens*