**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CONRAD, DAVID J | § Case No. 09-45622 |
| CONRAD, JILL L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $530,614.00 *(without deducting any secured claims)* | Assets Exempt: $30,614.00 |
| Total Distribution to Claimants: $12,250.81 | Claims Discharged Without Payment: $250,786.48 |
| Total Expenses of Administration: $2,750.05 | |

3) Total gross receipts of $ 15,000.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,154,870.00 | $688,725.60 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,750.05 | 2,750.05 | 2,750.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,034.62 | 24,817.04 | 12,408.52 | 12,250.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 246,340.83 | 15,116.07 | 14,866.07 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,409,245.45 | $731,408.76 | $30,024.64 | $15,000.86 |

    4) This case was originally filed under Chapter 7 on December 01, 2009. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/24/2011          By: /s/MICHAEL G. BERLAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Dayton Ridge Golf Club-scheduled | 1129-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.86 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | U S Small Business Administration | 4110-000 | N/A | 246,740.89 | 0.00 | 0.00 |
| 5 | Don Wittmer | 4110-000 | N/A | 91,711.85 | 0.00 | 0.00 |
| 6 | THE FIRST NATIONAL BANK OF OTTAWA | 4110-000 | N/A | 350,272.86 | 0.00 | 0.00 |
| NOTFILED | Don Wittmer | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Ottawa c/o Lawrence Baxter | 4110-000 | 338,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peru Federal Savings Bank | 4110-000 | 143,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Ottawa | 4110-000 | 305,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peru Federal Savings Bank | 4110-000 | 12,870.00 | N/A | N/A | 0.00 |
| NOTFILED | Small Busines Growth Corp | 4110-000 | 238,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peru Federal Savings Bank | 4110-000 | 18,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,154,870.00** | **$688,725.60** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,250.05 | 2,250.05 | 2,250.05 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,750.05 | 2,750.05 | 2,750.05 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | 8,034.62 | 12,408.52 | 0.00 | 0.00 |
| 1P-2 | Illinois Department of Employment Security | 5800-000 | N/A | 12,408.52 | 12,408.52 | 12,250.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 8,034.62 | 24,817.04 | 12,408.52 | 12,250.81 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 250.00 | 0.00 | 0.00 |
| 1U-2 | Illinois Department of Employment Security | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| 2 | Discover Bank | 7100-000 | 8,253.85 | 9,444.98 | 9,444.98 | 0.00 |
| 3 | Handy Foods | 7100-000 | 2,324.28 | 1,014.28 | 1,014.28 | 0.00 |
| 7 | Fia Card Services, Bank of America, American | 7100-000 | N/A | 4,156.81 | 4,156.81 | 0.00 |
| NOTFILED | Ottawa Medical Center | 7100-000 | 568.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ottawa Medical Center | 7100-000 | 568.00 | N/A | N/A | 0.00 |
| NOTFILED | Orkin | 7100-000 | 38.20 | N/A | N/A | 0.00 |
| NOTFILED | Ottawa Regional Hospital | 7100-000 | 501.49 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 182.78 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 182.78 | N/A | N/A | 0.00 |
| NOTFILED | Katerji Pediatric Neurology | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Orthodontics | 7100-000 | 2,087.34 | N/A | N/A | 0.00 |
| NOTFILED | ISM | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Katerji Pediatric Neurology | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | Ottawa Regional Medical Center | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Women's Healthcare Partners of IL | 7100-000 | 438.00 | N/A | N/A | 0.00 |
| NOTFILED | Walsh Plumbing | 7100-000 | 219.85 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 974.24 | N/A | N/A | 0.00 |
| NOTFILED | ISM | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Orthodontics | 7100-000 | 2,087.34 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 974.24 | N/A | N/A | 0.00 |
| NOTFILED | US Foodservice One Quality lane | 7100-000 | 7,926.95 | N/A | N/A | 0.00 |
| NOTFILED | Walsh Plumbing | 7100-000 | 219.85 | N/A | N/A | 0.00 |
| NOTFILED | US Foodservice One Quality lane | 7100-000 | 7,926.95 | N/A | N/A | 0.00 |
| NOTFILED | Ottawa Regional Hospital | 7100-000 | 501.49 | N/A | N/A | 0.00 |
| NOTFILED | Cosgrove Distributors | 7100-000 | 1,002.71 | N/A | N/A | 0.00 |
| NOTFILED | G&G Poulty | 7100-000 | 1,269.94 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle County Treasurer | 7100-000 | 38,979.42 | N/A | N/A | 0.00 |
| NOTFILED | Aramark | 7100-000 | 99.27 | N/A | N/A | 0.00 |
| NOTFILED | Aramark | 7100-000 | 99.27 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 7100-000 | 91,059.36 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 7100-000 | 24,183.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,675.23 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,675.23 | N/A | N/A | 0.00 |
| NOTFILED | Erie Insurance c/o Receivable Management | 7100-000 | 3,210.00 | N/A | N/A | 0.00 |
| NOTFILED | Erie Insurance Collection Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G&G Poulty | 7100-000 | 1,269.94 | N/A | N/A | 0.00 |
| NOTFILED | Culligan | 7100-000 | 214.05 | N/A | N/A | 0.00 |
| NOTFILED | Culligan | 7100-000 | 214.05 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 18,654.87 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Cosgrove Distributors | 7100-000 | 1,002.71 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 7100-000 | 18,654.87 | N/A | N/A | 0.00 |
| NOTFILED | Handy Foods | 7100-000 | 2,324.28 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 246,340.83 | 15,116.07 | 14,866.07 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-45622　　　　　　　　　　　**Trustee:**　　(520196)　MICHAEL G. BERLAND
**Case Name:**　CONRAD, DAVID J　　　　　　　**Filed (f) or Converted (c):** 12/01/09 (f)
　　　　　　　　CONRAD, JILL L　　　　　　　　**§341(a) Meeting Date:** 01/11/10
**Period Ending:** 12/24/11　　　　　　　　　　　**Claims Bar Date:** 10/27/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 3071 E. 1879, Ottawa, Illinois-scheduled | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | 729 Chestnut, Ottawa-scheduled | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Frist National Bank-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial Plus-Savings-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Old Second-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods-scheduled | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books etc-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | wearing apparel-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jwelery-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Life-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401k Nationwide Insurance-scheduled | 8,091.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401k Nationwide Insurance-scheduled | 9,573.00 | 0.00 | DA | 0.00 | FA |
| 13 | Interest in Dayton Ridge Golf Club-scheduled | 150,000.00 | 15,000.00 | | 15,000.00 | FA |
| 14 | Conrad Gulf Inc d/b/a Carretos Bar-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1998 Mazda-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1998 Dodge-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Machinery Carettos Bar-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Inventory Carretos Bar-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Dog-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.86 | Unknown |
| 20 | **Assets** Totals (Excluding unknown values) | **$980,614.00** | **$15,000.00** | | **$15,000.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　The Trustee compromised his interest in a golf course

Printed: 12/24/2011 11:59 AM　　V.12.57

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-45622  
**Case Name:** CONRAD, DAVID J  
CONRAD, JILL L  
**Period Ending:** 12/24/11

**Trustee:**    (520196)    MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 12/01/09 (f)  
**§341(a) Meeting Date:** 01/11/10  
**Claims Bar Date:** 10/27/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Printed: 12/24/2011 11:59 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-45622  
**Case Name:** CONRAD, DAVID J  
                        CONRAD, JILL L  
**Taxpayer ID #:** **-***5023  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/11 | {13} | Jil Conrad | Payment for trustee's interest in Dayton Ridge per court order | 1129-000 | 15,000.00 | | 15,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 15,000.06 |
| 03/29/11 | 1001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order | 3410-000 | | 500.00 | 14,500.06 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,500.18 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,500.29 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,500.41 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,500.52 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,500.64 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,500.76 |
| 09/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.10 | | 14,500.86 |
| 09/27/11 | | To Account #9200******6466 | Transfer fro prupose of final distribution | 9999-000 | | 14,500.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.86 | 15,000.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,500.86 | |
| | | | **Subtotal** | | 15,000.86 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.86** | **$500.00** | |

{} Asset reference(s)                                            Printed: 12/24/2011 11:59 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-45622  
**Case Name:** CONRAD, DAVID J  
CONRAD, JILL L  
**Taxpayer ID #:** **-***5023  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/11 | | From Account #9200******6465 | Transfer fro prupose of final distribution | 9999-000 | 14,500.86 | | 14,500.86 |
| 10/05/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,250.05, Trustee Compensation; Reference: | 2100-000 | | 2,250.05 | 12,250.81 |
| 10/05/11 | 102 | Illinois Department of Employment Security | Dividend paid 98.72% on $12,408.52; Claim# 1P-2; Filed: $12,408.52; Reference: | 5800-000 | | 12,250.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,500.86 | 14,500.86 | **$0.00** |
| | | | Less: Bank Transfers | | 14,500.86 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,500.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,500.86** | |

Net Receipts : 15,000.86  
Net Estate : $15,000.86

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******64-65 | 15,000.86 | 500.00 | 0.00 |
| Checking # 9200-******64-66 | 0.00 | 14,500.86 | 0.00 |
| | **$15,000.86** | **$15,000.86** | **$0.00** |